The ADT Corporation, a Delaware corporation, Nominal Defendant Below–Appellee.

No. 264, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015

Decided: November 19, 2015

Reargument Denied December 8, 2015

Court Below: Court of Chancery of the State of Delaware, in and for New Castle County, C.A. No. 9992–VCP

AFFIRMED.

Joanna SWOMLEY and Lawrence Brocchini, Plaintiffs Below, Appellants,

v.

Martin SCHLECHT, Joseph Martin, Kenneth Bradley, and SYNQOR Holdings, LLC, Defendants Below, Appellees.

No. 180, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015

Decided: November 19, 2015

Court Below—Court of Chancery of the State of Delaware, C.A. No. 9355–VCL

AFFIRMED.

JANEVE CO., INC. and Tax Parcel No. 26–028.20–054, Defendant Below–Appellant,

v.

The CITY OF WILMINGTON, a Municipal Corporation of the State of Delaware, Plaintiff Below–Appellee.

Readway, Inc. and Tax Parcel No. 26–013.30–183, Defendant Below–Appellant,

v.

The City of Wilmington, a Municipal Corporation of the State of Delaware, Plaintiff Below–Appellee.

The Revocable Trust of Walter Lowicki Dated August 18, 1999, Stanley C. Lowicki, Unknown Heirs of Walter Lowicki, and Tax Parcel No. 26–055.40–022, Defendant Below–Appellant,

v.

The City of Wilmington, a Municipal Corporation of the State of Delaware, Plaintiff Below–Appellee.

No. 485, 2014

Supreme Court of Delaware.

Submitted: November 18, 2015

Decided: November 19, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, C.A. N12J–03974 PRW, C.A. N12J–03922 PRW, C.A. N12J–03901 PRW

AFFIRMED.